JDY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2660

07 NOV 14 AM 11:17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Francisco ESPARZA-Gutierrez,** | Title 8, U.S.C., Section 1326<br>Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **November 13, 2007** within the Southern District of California, defendant, **Francisco ESPARZA-Gutierrez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th DAY OF NOVEMBER, 2007

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

JDM

**CONTINUATION OF COMPLAINT:**
**Francisco ESPARZA-Gutierrez**

## PROBABLE CAUSE STATEMENT

On November 12, 2007 Border Patrol Agent S. Collins was assigned to the Interstate 8 westbound Checkpoint in Campo, California. At approximately 11:45 P.M., Senior Patrol Agent S. Collins responded to a seismic intrusion device near Buckman Springs Road and Corral Canyon Road. This area is approximately eight miles east of the Tecate, California Port of Entry and seven miles north of United States/Mexico International Boundary. Upon arriving in the area Agent Collins' service canine alerted and began to follow a scent. Agent Collins encountered four individuals attempting to hide in brush. Agent Collins identified himself as a Border Patrol Agent and questioned the nine individuals as to their citizenship. All nine, including one later identified as the defendant **Francisco ESPARZA-Gutierrez**, stated that they were citizens and nationals of Mexico without any immigration documents allowing them to be or remain in the United States legally. All ninr were arrested and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 20, 2007** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights, which he acknowledged and stated that he understood them and was willing to answer questions without an attorney present. The defendant was again questioned about his citizenship and immigration status. The defendant stated that he is a citizen and national of Mexico. The defendant knowingly entered the United States illegally by walking across the United States/Mexico international boundary fence.